IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CREATIONS FANTASTIC, INC. and BACKDROPS FANTASTIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IDEAL EVENTS, LLC, d/b/a BACKDROPS BEAUTIFUL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 5:10-CV-454 (MTT) ) ) ) ) ) ) ) |

## ORDER

This matter is before the Court on the Defendant's Motion to Dismiss its Counterclaim pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. 49).

After conducting discovery, the Defendant has informed the Court that, for various reasons, it no longer desires to pursue its Counterclaim against the Plaintiffs. The Plaintiffs do not object to the dismissal of the Defendant's Counterclaim. Accordingly, the Motion to Dismiss is **GRANTED**, and the Defendant's Counterclaim is **dismissed without prejudice**.

**SO ORDERED,** this 26th day of August, 2011.

                                                           S/ Marc T. Treadwell
                                                           MARC T. TREADWELL, JUDGE
                                                           UNITED STATES DISTRICT COURT